UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE CRUZ and HENDRO WINOTO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRANDON QUANG, NCBI INVESTMENT, INC., SHAO RONG ZHANG, HARDIANTO GO and ZHOU XIAN CHEN,<br><br>　　　　　Defendants. | Case No.  13-CV-00181 YGR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ZHOU XIAN CHEN |

THE COURT ORDERS AS FOLLOWS:

Plaintiffs' request to dismiss Defendant ZHOU XIAN CHEN is granted.  Plaintiffs waive no rights by way of this dismissal.

IT IS SO ORDERED

DATED:   February 4, 2014              By: _____
　　　　　　　　　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　United States District Judge