United States District Court<br>Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE CRUZ**,<br><br>    Plaintiff,<br><br>vs.<br><br>**BRANDON QUANG AND NCBI INVESTMENT, INC.**,<br><br>    Defendants. | **Case No.: 13-CV-181  YGR**<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation of the appearing parties (Dkt. No. 48) and for good cause shown, the Continuance of the Case Management Conference is **GRANTED**. The case management conference currently set for February 24, 2014, is **CONTINUED** to **April 21, 2014,** at 2:00 p.m.

This terminates Dkt. No. 48.

**IT IS SO ORDERED.**

Date: February 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**