UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CRUZ, et al.,
   Plaintiffs,

 v.

BRANDON QUANG, et al.,
   Defendants.

Case No. 13-cv-00181-VC

**ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE**
Re: Dkt. No. 69

  All parties are required to appear in person at the settlement conference scheduled for October 30, 2014. It is not sufficient for the attorneys to appear at the settlement conference; the parties must appear themselves. Failure to personally appear could result in monetary sanctions.

  **IT IS SO ORDERED.**

Dated: September 2, 2014

_____
VINCE CHHABRIA
United States District Judge