UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE CRUZ and HENDRO WINOTO,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON QUANG, NCBI INVESTMENTS, INC., SHAO RONG ZHANG and HARDIANTO GO,<br><br>Defendants. | Case No. 13-CV-00181 YGR<br><br>[~~PROPOSED~~] **ORDER TO STRIKE ANSWER OF BRANDON QUANG** |

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The Answer filed by BRANDON QUANG (Docket No. ) is hereby STRICKEN. Plaintiffs shall file a Request for Default within 7 days.

IT IS SO ORDERED.

Dated: November 4, 2014

_____
Hon. VINCE CHHABRIA
United States District Court Judge

## AFFIDAVIT OF BRANDON QUANG

I am BRANDON QUANG and I am a defendant in *Cruz v. Quang*, U.S.D.C. #13-cv-00181.

I have no further intention to present a defense in this case and request that the Court strike my Answer to the complaint. I understand that, more likely than not, a default judgment will be entered against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _____, China on October 16, 2014.

*[signature]*
Brandon Quang