UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRANDON QUANG, et al.,<br><br>    Defendants. | Case No. 13-cv-00181-VC<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A further case management conference will be held on Thursday, November 13, 2014 at 10:00 a.m. in Courtroom 4. Counsel for the plaintiffs must be prepared to inform the Court if the plaintiffs intend to proceed against Ms. Zhang. If the plaintiffs decide not to proceed against Ms. Zhang, they may file a notice of dismissal and request that the Court take the case management conference off calendar. If the plaintiffs make this decision before the case management conference, they should inform Ms. Zhang by telephone and by any other available means. The Court encourages Ms. Zhang to call the Court's pro se help desk as soon as possible to inquire about her right to a jury trial and to inquire about the possibility of the appointment of a volunteer lawyer.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRANDON QUANG, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-00181-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 11/5/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shao Rong Zhang
9049 Willowberry Way
Elk Grove, CA 95758


Dated: 11/5/2014

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2