UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CRUZ, et al.,

        Plaintiffs,

    v.

BRANDON QUANG, et al.,

        Defendants.

Case No. 13-cv-00181-VC

**ORDER**

A case management conference was held on November 13, 2014. Tomas Margain appeared on behalf of the plaintiffs. Shao Rong Zhang appeared on her own behalf. No other defendant, and no attorney for any other defendant, appeared.

Counsel for the plaintiffs and Ms. Zhang agreed at the case management conference that the lawsuit against her should be dismissed without prejudice. Accordingly, Ms. Zhang is dismissed as a defendant, without prejudice. Ms. Zhang is no longer required to participate in this lawsuit.

A hearing on the motion for default judgment as to the remaining defendants will take place on December 18, 2014 at 10:00 a.m. If no opposition is filed, counsel for the plaintiffs may, instead of appearing at the hearing, remain available on telephone standby, so that he would only need to participate in the hearing if a defendant unexpectedly appears. If counsel for the plaintiffs chooses this option, he should inform Kristen Melen, Judge Chhabria's Courtroom Deputy, within a week of the hearing.

All previously-scheduled dates are vacated.

**IT IS SO ORDERED**.

Dated: November 13, 2014

_____

VINCE CHHABRIA
United States District Judge