1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8   JOSE CRUZ and HENDRO WINOTO,    Case No. 13-CV-00181 VC

9            Plaintiffs,

10       v.                          [~~PROPOSED~~] ORDER TO ENLARGE
                                     TIME TO FILE AND HEAR PLAINTIFFS'
11   BRANDON QUANG, NCBI             DEFAULT PROVE UP MOTION
     INVESTMENTS, INC., SHAO RONG
12   ZHANG and HARDIANTO GO,

13           Defendants.

14

15   BASED ON PLAINTIFFS' MOTION, THE COURT'S FILE AND GOOD CAUSE

16   SHOWN, THE COURT ORDERS AS FOLLOWS:

17   The ORDER, DOCKET 84, DISMISSING DEFENDANT SHAO ZHANG AND SETTING

18   BRIEFING RE MOTION FOR DEFAULT JUDGMENT AGAINST NCBI AND BRANDON

19   QUANG is hereby modified. The Motion for Default Judgment Docket 85 is set for January 15,

20   2015 at 10:00 am.

21
22   Dated: December 18, 2014
23                                          _____
                                            Hon. VINCE CHHABRIA
24                                          United States District Court Judge

25
26
27
28

4                                    Case No. 13-CV-00181 VC

PLAINTIFFS' MOTION TO ENLARGE TIME