UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CRUZ, et al.,

    Plaintiffs,

v.

BRANDON QUANG, et al.,

    Defendants.

Case No. 13-cv-00181-VC

**JUDGMENT**

The Court, having granted the plaintiffs' motion for default judgment, now enters judgment for the plaintiffs and against Brandon Quang and NCBI Investments. Quang and NCBI are jointly and severally liable to Jose Cruz and Hendro Winoto as follows:

HENDRO WINOTO:

| | |
|---|---|
| **Unpaid Wages under FLSA and CA law** | **$ 82,205.46** |
| **Minimum Wage under CA law** | **$ 33,662.00** |
| **FLSA Liquidated Damages** | **$ 73,777.90** |
| **CA Labor Code 203 Penalty** | **$ 3,270.00** |
| | |
| **Meal and Rest Breaks** | **$ 12,192.00** |
| | |
| **TOTAL OWED** | **$205,107.36** |

JOSE CRUZ:

| | |
|---|---|
| **Unpaid Wages under FLSA and CA law** | **$ 96,895.96** |
| **Minimum Wages under CA law** | **$ 14,484.00** |
| **FLSA Liquidated Damages** | **$ 62,302.50** |
| **Labor Code 203 Penalty** | **$ 3,894.23** |
| **Meal and Rest Breaks** | **$ 20,698.46** |
| **TOTAL OWED** | **$198,275.15** |

**IT IS SO ORDERED**.

Dated: January 23, 2015

_____
VINCE CHHABRIA
United States District Judge